USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

        Plaintiff,

-against-

ROSELLA PIZZA, INC, et al.,

        Defendants.

19-CV-6637 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic conference, plaintiff and defendant/cross claimant, Hung Tao Realty, shall file any motions for default judgment against defendant/cross claimant Rosella Pizza, Inc. no later than **March 6, 2020**. Plaintiff is directed to promptly serve a copy of this Order on Rosella Pizza, Inc. and file proof of such service on ECF.

Dated: New York, New York
       February 5, 2020

                    **SO ORDERED.**

                    **BARBARA MOSES**
                    **United States Magistrate Judge**